IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

COLTON BRAYTON,

    Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,

    Defendants.

4:23CV3077

ORDER

The court has been advised that Plaintiff and Defendant Equifax Information Services, LLC (Equifax) have settled their claims. (Filing No. 20).

Accordingly,

IT IS ORDERED that:

1) Within sixty (60) calendar days of the date of this order, the relevant parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court.

2) Absent compliance with this order, all claims against Defendant Equifax (including all counterclaims and the like) may be dismissed without further notice.

3) All pending motions involving these parties are denied as moot.

4) The clerk shall terminate the pretrial and trial settings and any hearings or deadlines involving Defendant Equifax.

Dated this 29th day of June, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*

United States Magistrate Judge