IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

COLTON BRAYTON,

    Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendants.

4:23CV3077

ORDER

The court has been advised that Plaintiff and Defendant Experian Information Solutions, Inc. have settled their claims. (Filing No. 24).

Accordingly,

IT IS ORDERED that:

1) Within sixty (60) calendar days of the date of this order, the relevant parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court.

2) Absent compliance with this order, all claims against Defendant Experian (including all counterclaims and the like) may be dismissed without further notice.

3) All pending motions are denied as moot.

4)   The clerk shall terminate the pretrial and trial settings and any hearings or deadlines involving Defendant Experian.

Dated this 3rd day of August, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*

United States Magistrate Judge